Henrik Mosesi, Esq. (SBN: 189672)
**Law Offices of Henrik Mosesi**
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
Tel.: 310-734-4269
Fax: 310-734-4053
henry@mosesi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>RUNBIR SINGH,<br><br>                    Defendant. | Case Number: 2:16-cv-00340-JAM-KJN<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Runbir Singh's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

All Plaintiff's and Defendant Runbir Singh's claims against each other are hereby dismissed with prejudice.

1. Each party shall bear its own attorneys' fees and costs.

2. This case is closed for administrative purposes.

SO ORDERED this 8th day of December, 2016.

/s/ John A. Mendez

**UNITED STATES DISTRICT COURT JUDGE**